UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

_____

Peggy Nobles,

               Plaintiff,

v.

Encore Receivable Management, Inc.;
               Defendant.

_____

Civil Action No.: 4:11-cv-33-FL

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to dismiss the litigation with prejudice;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice and without costs to any party.

| Peggy Nobles | Encore Receivable Management, Inc. |
|---|---|
| ___/s/ Stacie Watson_____ | __/s/ Caren D. Enloe_____ |
| Stacie Watson, Esq. | Caren D. Enloe, Esq. |
| P.O. Box 1412 | Morris Manning & Martin LLP |
| Apex, NC 27502 | 1000 Park Forty Plaza, Third Floor |
| Telephone: (919) 522-6128 | P. O. Box 12768 |
| Facsimile: (919) 439-5308 | Research Triangle Park, NC 27713 |
| Attorney for Plaintiff | 919-806-2969 |
| | Attorney for Defendant |

_____
SO ORDERED   June 16, 2011